IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )   No. 1:05-cr-00403 OWW
                                   )
   vs.                             )   ORDER OF RELEASE
                                   )
Cesar Santana,                     )
                                   )
        Defendant.                 )
_____)

The above named defendant having been sentenced on January 11, 2010,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

DATED: January 11, 2010

_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

1